...

AUSA

FILED
MAR 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '08 MJ 8251 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1326 |
| Wilson Armando ROMERO-Moreno, | Deported Alien Found In the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about March 18, 2008, within the Southern District of California, defendant Wilson Armando ROMERO-Moreno, an alien, who previously had been excluded, deported, or removed from the United States to Honduras was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF MARCH 2008.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
   v.
Wilson Armando ROMERO-Moreno

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, J. Diskin, that the Defendant was found and arrested on March 18, 2008 east of Calexico, California.

BPA Diskin was performing his assigned Border Patrol duties approximately 12 miles east of Calexico, California and encountered an illegal alien later identified as Wilson Armando ROMERO-Moreno. BPA Diskin identified himself as a Border Patrol Agent and questioned ROMERO as to his immigration status to be in the United States. ROMERO stated that he was a citizen of Mexico and illegally in the United States. ROMERO was placed under arrest.

At the station, record checks revealed ROMERO is not a citizen of Mexico, but a citizen of Honduras. Record checks further revealed an Immigration Judge ordered ROMERO deported previously.

There is no evidence ROMERO has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.